IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ARMANDO CARAVEO-GALINDO,<br><br>　　　　Defendant. | No. CR 04-1728-TUC-CKJ (CRP)<br><br>**ORDER** |

On October 17, 2005, Magistrate Judge Charles R. Pyle issued a Report and Recommendation [Doc. # 49] in which he recommended that Defendant Armando Caraveo-Galindo's Motion to Dismiss Indictment [Doc. # 27] be denied. The Report and Recommendation notified the parties that they had ten days from the date of the Report and Recommendation to serve and file any objections. No objections have been filed.

The Court has reviewed and considered the Motion to Dismiss Indictment, the Response, the transcript of argument presented at the October 3, 2005, hearing, and the Report and Recommendation.

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation [Doc. # 49] is ADOPTED;
2. The Motion to Dismiss Indictment [Doc. # 27] is DENIED.

DATED this 23rd day of November, 2005.

_____
Cindy K. Jorgenson
United States District Judge